# ALABAMA COURT OF CRIMINAL APPEALS



April 12, 2024

**CR-2023-0030**
Derek Tyler Horton v. State of Alabama (Appeal from Mobile Circuit Court: CC-11-2588.60)

# <u>NOTICE</u>

You are hereby notified that on April 12, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk